HERBERT T. JENNINGS et al., as Temporary Receivers of THE ONEONTA, COOPERSTOWN AND RICHFIELD SPRINGS RAILWAY COMPANY, Respondents, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY et al., Appellants.

*Jennings* v. *Delaware, L. & W. R. R. Co.*, 103 App. Div. 164, affirmed. (Submitted November 26, 1907; decided December 20, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 18, 1905, which affirmed an order of Special Term con-

firming the report of commissioners appointed under section 12 of the Railroad Law to determine the point and manner of a track connection.

*Lewis E. Carr* for appellants.

*Robert B. Gray* for respondents.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting : CHASE, J.